

# NUMBER 13-08-00144-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**CLAUDIA DOMINGUEZ AND EFREN DOMINGUEZ,**        **Appellants,**

**v.**

**LASER VAGINAL REJUVENATION
INSTITUTE, MEDICAL ASSOCIATES, INC. ,**        **Appellee**.

---

### On appeal from the 92nd District Court
### of Hidalgo County, Texas.

---

# MEMORANDUM OPINION

### Before Chief Justice Valdez and Justices Rodriguez and Garza
### Memorandum Opinion Per Curiam

Appellants, Claudia Dominguez and Efren Dominguez, brought an appeal from a judgment entered by the 92nd District Court of Hidalgo County, Texas, in cause number C-1305-06-A-1. Appellants have filed a motion to dismiss the appeal on grounds that they no longer desire to prosecute it.

The Court, having considered the documents on file and appellants' motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' motion to dismiss is GRANTED, and the appeal is hereby DISMISSED. Because the motion lacks an agreement between the parties regarding the assessment of costs, costs will be taxed against appellants. *See id.* 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and
filed this the 26th day of June, 2008.